IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Kenyon Jemel Brown, | ) | C/A No.: 1:21-3668-DCN-SVH |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| Warden of Lieber Correctional | ) | |
| Institution, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

Petitioner, proceeding pro se, brought this action requesting a writ of
habeas corpus pursuant to 28 U.S.C. § 2254. Respondent filed a motion for
summary judgment on February 3, 2022. [ECF No. 11]. As Petitioner is
proceeding pro se, the court entered an order pursuant to *Roseboro v.
Garrison*, 528 F.2d 309 (4th Cir. 1975), advising him of the importance of a
motion and of the need for him to file an adequate response by March 7, 2022.
[ECF No. 12]. Petitioner was specifically advised that if he failed to respond
adequately, Respondent's motion may be granted, thereby ending this case.
*Id.*

Notwithstanding the specific warning and instructions set forth in the
court's *Roseboro* order, Petitioner has failed to respond to the motion. As
such, it appears to the court that he does not oppose the motion and wishes to
abandon this action. Based on the foregoing, Petitioner is directed to advise

the court whether he wishes to continue with this case and to file a response to Respondent's motion by April 11, 2022.[1] Petitioner is further advised that if he fails to respond, this action will be recommended for dismissal with prejudice for failure to prosecute. *See Davis v. Williams*, 588 F.2d 69, 70 (4th Cir. 1978); Fed. R. Civ. P. 41(b).

     IT IS SO ORDERED.

March 28, 2022                                  Shiva V. Hodges
Columbia, South Carolina              United States Magistrate Judge

---

[1] A prior version of this order was issued March 16, 2022, but was returned in the mail to the court, which appears to be in error. This order therefore extends the deadline for compliance.